IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| DAVID RUDOVSKY and<br>LEONARD SOSNOV,<br><br>Plaintiffs/Appellees/Cross-Appellants,<br><br>v.<br><br>WEST PUBLISHING CORPORATION,<br>WEST SERVICES, INC., and<br>THOMSON LEGAL AND REGULATORY<br>INC. t/a THOMSON WEST<br><br>Defendants/Appellants/Cross-Appellees. | Nos. 11-2034 & 11-2256 |

STIPULATION OF DISMISSAL
PURSUANT TO F.R.A.P. 42(B)

Pursuant to the settlement reached through the Court's Appellate Mediation Program, it is hereby stipulated and agreed by and between the parties that the above-captioned matter is **DISMISSED** pursuant to F.R.A.P. Rule 42(b) with prejudice and without costs against any party.

_____          _____
Counsel For Appellant/Cross-Appellee       Counsel For Appellee/Cross-Appellant

Dated: 1-11-12

PHLIT/ 1604362.1